BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    E-Mail: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMILLIAH GUADALUPE CABRERA ) )<br>) <br>    Plaintiff, )<br>)<br>        v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of, )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | CIVIL NO.: 2:12-cv-02419-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 27, 2013, to May 13, 2013. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 7, 2013 /s/ *Ann M. Cerney*
(As authorized via e-mail on 03/06/13)
ANN M. CERNEY
Attorney for Plaintiff

Dated: March 7, 2013 BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: March 12, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend: 2:12-cv-02419-EFB        2