1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JEFFREY CHEN, CSBN 260516
4  Special Assistant United States Attorney

        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8939
7       Facsimile: (415) 744-0134
        E-Mail: Jeffrey.Chen@ssa.gov

9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMILLIAH GUADALUPE CABRERA ) | CIVIL NO.: 2:12-cv-02419-EFB |
| ) Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| v. ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner of, ) Social Security, ) Defendant. ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 27, 2013, to May 13, 2013. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 7, 2013         /s/ *Ann M. Cerney*
                             (As authorized via e-mail on 03/06/13)
                             ANN M. CERNEY
                             Attorney for Plaintiff


Dated: March 7, 2013         BENJAMIN B. WAGNER
                             United States Attorney
                             GRACE M. KIM
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                        By:  /s/ *Jeffrey Chen*
                             JEFFREY CHEN
                             Special Assistant United States Attorney

                             Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated: March 12, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE